# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

2007 JUL -2 A 10: 40

#248192

Jasmon Conde Johnson )
Full name and prison number )
of plaintiff(s) )
)
)
v. )
Warden James Deloach, )
Warden of Draper Correctional )
Facility in His Individual and Official )
Capacity, Deputy Warden Phyllis Billups )
In Her Individual and Official )
Capacity, Lieutenant Steele in )
His Individual and Official Capacity )
Officer Boozer in His Individual )
and Official Capacity )
Officer Bradford, Officer )
Gholston in their Individual and Official )
Capacity Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CIVIL ACTION NO 2:07CV614-WKW
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) N/A

Defendant(s) N/A

2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT P.O. Box 1107 Draper Correctional Facility Elmore, Alabama 36025

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Draper Correctional Facility.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Warden James Deloach | P.O. Box 1107 Elmore Alabama, 36025 |
| 2. Deputy Warden Phyllis Billups | " " |
| 3. Lieutenant Steele | " " |
| 4. Officer Boozer | " " |
| 5. Officer Bradford | " " |
| 6. Officer Gholston | " " |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED March 4th, 2007 10:45 p.m.

V. **STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:**

GROUND ONE: Violation of VIII Amendment Excessive Force

SUPPORTING FACTS: On March 4, 2007 around 10:45 p.m I was assaulted by Officer Boozer in the presense of Officer Bradford and Officer Gholston. Officer Boozer slapped me, then grabbed me around my throat where I suffer from hyperthyroidism, which produces a goiter in my throat. Officer Boozer continued choking me placeing one of his legs in between my legs picking me up slamming me on a pole sticking out from the wall which resulted in injuries.

GROUND TWO: Wreckless Disreguard; Failure To Protect; Deliberate Indifference

SUPPORTING FACTS: Warden James Deloach; Deputy Warden Billups; Leiutenant Steele; Officer Gholston; Officer Bradford each has showed a disreguard for my safety and well being. Officer Bradford and Officer Gholston watch this incident occur but did not intervene to stop Officer Boozer from assaulting me. Leiutenant Steele had each officers to write incident reports, but Officer Boozer is still employed at Draper Correctional Facility under the Direct Supervision of Warden James Deloach and Deputy Warden Phyllis Billups.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Dismiss From Duties Officer Boozer, Officer Bradford, Officer Gholston. $500,000.00 each Defendant in Compensatory and Punitive Damages. Compulsory relief. Imediate relief from Confinement. Restraining Order against Officer Boozer.

*Jasmon Johnson*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 4/23/07
(Date)

*Jasmon Johnson*
Signature of plaintiff(s)

4

## Continuation of Supporting Facts

I Jasmon Cordé Johnson #248192 Bed A-2-58-A am presently incarcerated at Draper Correctional Facility P.O. Box 1107 Elmore, Alabama 36025 where I was visciously assaulted by a Correctional Officer Boozer in the presence of Officer Bradford and Officer Gholston whom neither officer intervened to stop officer Boozer from assaulting me.

This incident occurred on March 4, 2007 and started while I was sitting on my rack writing a letter. Officer Boozer, Officer Bradford and Officer Gholston walked past my rack and I laughed. Officer Boozer asked me "What was so funny?" I replied, nothing. Officer Boozer then told me to put on my shoes and come here. I did as I was ordered to do.

Officer Boozer then commanded me to go down stairs and said that he was going to give me something to laugh about.

Officer Boozer, Officer Gholston, and Officer Bradford then escorted me down stairs to the front of the cell by the bars. Officer Boozer then told me to sit down by the bars on the stool until count clears.

Once the count cleared; Officer Boozer, Officer Gholston, and Officer Bradford then locked down all cells imediately.

Officer Boozer then escorted me out into the hallway, and Officer Bradford and Officer Gholston followed us into the hallway.

Then Officer Boozer told me to put my back against the wall, location by the Administrative Barber Shop. Then Officer Boozer told me to take off my glasses. I complied by takeing off my glasses. Once my glasses was off, "Officer Boozer slapped me then he grabbed me around my throat and started to choke me. Then Officer Boozer put his leg between my legs and lifted me up off the floor and slammed me down on the floor causcing my back, my head and left leg to hit a pole that was protruding from the wall. I layed there on the floor for a few minutes realizeing that I had been injured by this agressive assault. I notice that Officer Gholston, and Officer Bradford just stood their and watched. Officer Boozer then said "I told you I was going to give you something to laugh about.

As I got up, I notice that my glasses were broke and also I could barely walk.

Officer Boozer than commanded me to get back into the cell. So I limped back to the cell, "I was in so much pain so I turned around and said to Officer Boozer, Officer Gholston, Officer Bradford that I needed to go to the Shift Office and Too Staten Health Care.

The Officers took me into the shift office to speak with Leiutenant Steele the shift supervisor, and I explained to Leiutenant Steele what happened to me.

Leiutenant Steele then had each officer to write a incident report;" Called them in one at a time to write statements. Officer Owens then escorted me to healthcare where a body chart was done. My injuries are documented at the Health Care Unit.

Once I returned Leiutenant Steele told me to write a statement out about the incident.

The next day I was called by Warden James Deloach and Deputy Warden Billups to speak with them about the incident.

I told them about what Officer Boozer had done too me, and Warden James Deloach and Deputy Warden Phyllis Billups said they had enough evidence to go on.

I have exhausted my administrative remedy procedure through meeting with Warden James Deloach and Deputy Warden Phyllis Billups. I am still suffering from injuries. Nothing has been done to Officer Boozer. He still is employed at Draper Correctional Facility. I am in fear for my safety and well being. There has been numerous assaults on inmates by other officers and alot of inmates on one inmate assaults. I am in iminent danger and fear here at Draper Correctional Facility.

*Jasman Johnson*
Plaintiff

Continuation of Stating Briefly What I Want The Courts To Do

Please allow me a copy of each officer involved written incident report or statement. A copy or copies of all related incidents of assault on inmates by other inmates in the last year. Reports on incident done by Warden James Deloach, Deputy Phyllis Billups. Disciplinary Procedures regarding Officer Boozer. A copy of all my medical records for proof of injuries, and the illness that I suffer with, now, which is Hyperthyroidism which produces goiters in my throat.

Jasmon Johnson
Plaintiff

Jasman Cordé Johnson #248192
C3-16-B
P.O. Box 56
Staton Correctional Facility
Elmore, Alabama
36025

**LEGAL MAIL**

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711