2:07CV614-WKW

Date: June 27, 2007

RECEIVED
2007 JUL -21 A 10:40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Change of Address

Please be advised that I was transferred from Draper Correctional Facility to Staton Correctional Facility on May 29, 2007.
My present address is
Jasmon Cordé Johnson #248192
C3-16-B
P.O. Box 56
Staton Correctional Facility
Elmore, Alabama
36025

Thank you for your attention in this matter.

— Jasmon Cordé Johnson