<u>FOR USE BY INCARCERATED PERSONS</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE __Middle__ DISTRICT OF ALABAMA

2:07-cv-614-MHW

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1.  Your full name: __Jasmon Corde Johnson__
    Present mailing address: __P.O. Box 56__
    __Staton Corr. Facility__
    __Elmore, Alabama 36025__

2.  Are you presently employed?    Yes ___   No _X_

    If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

    __N/A__

    Monthly earnings: __N/A__

    If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

    __Tyson Foods    Russelville, Alabama__
    __$1000.00 Month__

    Date last worked: __4-04__
    Monthly earnings: __$1000.00__

3.  Have you received within the past twelve months any money from any of the following sources?
    (a) Business, profession, or any form of self-employment?    Yes ___   No _X_
    (b) Interest, dividends, rents, or investment income of any kind?    Yes ___   No _X_

1

(c) Pensions, annuities, or life insurance payments?  Yes ___ No _X_

(d) Gifts or inheritances?  Yes ___ No _X_

(e) Any other sources?  Yes _X_ No ___

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Family Members Deposit Money To My PMOD $100.00 Monthly

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ 0

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?  Yes ___ No _X_

If the answer is "yes," describe the property and state its approximate value:

N/A

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

Jaleah Johnson Daughter 3yrs old $300.00 Month up until Sept. 2005

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 6/19/07

Jasmon Johnson Ais#248192
SIGNATURE OF PLAINTIFF

2

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and must include <u>both</u> the total deposits made to the prisoner's account each and every month for the preceding six months <u>and</u> the average monthly balance in the account each and every month during the preceding six months. Information for six **full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner _Jasmon Johnson_ has been incarcerated in this institution since _May 29_, 19 _2007_ and that he has the sum of $ _20¢_ in his prison or jail trust account on this the _25_ day of _June_, 19 _2007_ I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | $_____ | $_____ |
| Month 2 | _____ | $_____ | $_____ |
| Month 3 | _____ | $_____ | $_____ |
| Month 4 | _____ | $_____ | $_____ |
| Month 5 | _____ | $_____ | $_____ |
| Month 6 | _____ | $_____ | $_____ |
| Current month (if less than full month) | June 2007 | $ 246.84 | $ 23.12 |

_[signature]_
Signature of Authorized Officer of Institution

_Staton Correctional Facility_
Name of Institution

4

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 STATON CORRECTIONAL FACILITY


AIS #: 248192      NAME: JOHNSON, JASMON              AS OF: 06/25/2007

                    # OF        AVG DAILY         MONTHLY
          MONTH     DAYS         BALANCE          DEPOSITS
------------------------------------------------------------------------

          JUN        5           $0.00            $0.00
          JUL       31           $0.00            $0.00
          AUG       31           $0.00            $0.00
          SEP       30           $0.00            $0.00
          OCT       31           $0.00            $0.00
          NOV       30           $0.00            $0.00
          DEC       31           $0.00            $0.00
          JAN       31           $0.00            $0.00
          FEB       28           $0.00            $0.00
          MAR       31           $0.00            $0.00
          APR       30           $0.00            $0.00
          MAY       31           $0.00            $0.00
          JUN       25          $23.12           $240.84
```



Jasmon Corde Johnson #248192
C3-16-B
P.O. Box 56
Staton Correctional Facility
Elmore, Alabama 36025

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

LEGAL MAIL