IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASMON CORDE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-614-WKW |
| | ) | |
| JAMES DELOACH, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This case is before the Court on the plaintiff's request for a restraining order contained in Plaintiff's complaint (Doc. # 1), which the court deems to be a motion for a temporary restraining order. It is ORDERED that the motion for a temporary restraining order is DENIED.

DONE this 3rd day of July, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE