IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASMON CORDE JOHNSON, #248192, | ) |
| | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-614-WKW |
| | ) |
| JAMES DELOACH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the application for leave to proceed *in forma pauperis* filed by the plaintiff on July 2, 2007 (Court Doc. No. 6), which the court construes as a motion for leave to proceed *in forma pauperis*, and as the court granted a previous *in forma pauperis* motion filed by the plaintiff, *Order of July 2, 2007 - Court Doc. No. 4*, it is

ORDERED that the instant motion be and is hereby DENIED as moot.

Done this 3rd day of July, 2007.

    /s/ Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE