## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C Bell
☐ Agent
☐ Addressee

B. Received by (Printed Name): C Bell
C. Date of Delivery: 7/3/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

1. Article Addressed to:

Officer Boozer
Draper Correctional Facility
PO Box 1107
Elmore, AL 36025

07cv614 C+OP

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 8955

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C Bell
☐ Agent
☐ Addressee

B. Received by (Printed Name): C Bell
C. Date of Delivery: 7/3/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

1. Article Addressed to:

Phyllis Billups, Deputy Warden
Draper Correctional Facility
PO Box 1107
Elmore, AL 36025

07cv614 C+OP

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 8931

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C Bell
☒ Agent
☐ Addressee

B. Received by (Printed Name): C Bell
C. Date of Delivery: 7/3/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

1. Article Addressed to:

Officer Bradford
Draper Correctional Facility
PO Box 1107
Elmore, AL 36025

07cv614 C+OP

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 8962

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C Bell   ☒ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>C Bell    7/3/07 |
| 1. Article Addressed to:<br><br>Lt. Steele<br>Draper Correctional Facility<br>PO Box 1107<br>Elmore, AL 36025<br><br>07cv614 C+OP | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7006 2760 0005 4873 8948 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C Bell   ☒ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>C Bell    7/3/07 |
| 1. Article Addressed to:<br><br>Officer Gholston<br>Draper Correctional Facility<br>PO Box 1107<br>Elmore, AL 36025<br><br>07cv614 C+OP | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7006 2760 0005 4873 8979 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540