IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASMON CORDE JOHNSON, #248192, | ) |
| | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-614-WKW |
| | ) |
| JAMES DELOACH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In his complaint, the plaintiff names James Deloach as a defendant. Service was attempted but unperfected on James Deloach as this individual was no longer at the address provided by the plaintiff. If a person has not been served, he is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against James Deloach, the plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that on or before July 19, 2007 the plaintiff shall furnish the clerk's office with the correct address of James Deloach. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant(s) he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on James Deloach he will not be considered a party to this cause of action, the court will on its own initiative dismiss the claims against James Deloach and this case will proceed only against the defendants on

whom service has been perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 9th day of July, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE