In The District Court of The [...] of
United States For The Middle [...]
District of Alabama Northern
Division

Jasmon Cordo Johnson,                    #248192
        Plaintiff
    V.                        Civil Action No. 2:07-CV-614-WKW
James Deloach, et al.,
Defendants

    Notification of Last Known
Address For James Deloach
Warden Draper Correctional Insti.

Comes now Plaintiff with
information concerning Warden
James Deloach. It has been
brought to the plaintiffs' attention
that Warden James Deloach for
some apparent reason has resigned
or changed job assignments.
Last known address of Defendant
Warden James Deloach is Draper
Correctional Facility P.O. Box
1107 Elmore Alabama 36025-1107

Plaintiff prays that the courts
will issue an order to the
U.S. Federal Marshal to locate
and serve Warden James Deloach.
Defendants is attempting to
avoid justice. Plaintiff wishes
to prosecute case to the fullest
extent of the Civil and Criminal
Law.

Signed: Jasmar Johnson

1 of 3

Certificate of Service

The undersign certifies that he has mailed true copies to Office of The Clerk United States District Court P.O. Box 711 Montgomery, Alabama 36101-0711 by U.S. Postal Service on July 11, 2007.

Jasmon Johnson
C 3-16-B
P. O. Box 56
Staton Correctional Facility
Elmore, Alabama
36025



MONTGOMERY AL 361

13 JUL 2007 PM 2 T

Jasmor Johnson #248198
C3-16-B
P.O. Box 56
Staton Correctional Facility
Elmore, Alabama 36025

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711