IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASMON CORDE JOHNSON, #248192, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-614-WKW |
| | ) | |
| JAMES DELOACH, et al., | ) | |
| Defendants. | ) | |

**ORDER**

On July 16, 2007, the plaintiff filed a response in which he advises the court of an address for James DeLoach. The Clerk is hereby DIRECTED to serve a copy of the complaint, the order of procedure entered on July 2, 2007 (Court Doc. No. 5) and this order on James DeLoach, c/o the Draper Correctional Facility, P.O. Box 1107, Elmore, Alabama 36025-1107. Accordingly, it is

ORDERED that James DeLoach shall file a written report and answer within thirty (30) days of service of this order as directed in the aforementioned order of procedure.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is the plaintiff's responsibility. The plaintiff is cautioned that if service is not perfected on James DeLoach this individual will not be considered a party to this cause of action and this case will proceed against only those defendants on whom service has been perfected.

Done this 16th day of July, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE