UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASMON CORDE JOHNSON, ,<br>AIS #248192,<br><br>    Plaintiff,<br>    vs.<br><br>STATE OF ALABAMA<br>DEPARTMENT OF CORRECTIONS,<br>et al.<br>    Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   2:07-CV-614-WKW<br>)<br>)<br>)<br>) |

### MOTION TO EXPAND TIME

Come now Defendants in the above-styled case, and moves this Honorable Court to expand the time within which to file their Special Report, to and including, September 7, 2007.

As reasons therefore, Defendants show the Court as follows:

1. Due to vacation and duty assignment transfers, several Defendants/witnesses have not been available.

2. In order to fully investigate the allegations of the petitioner, Defendants need the requested additional time.

Plaintiff will not be prejudiced by granting Defendants their requested additional time.

                                        Respectfully submitted,
                                        KIM T. THOMAS (THO115)
                                        DEPUTY ATTORNEY GENERAL
                                        GENERAL COUNSEL

/s/ Neal P. Conner
NEAL P. CONNER (CONN2024)
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
Post Office Box 301501
301 South Ripley Street
Montgomery, AL  36130-1501
(334)353-3889

## CERTIFICATE OF SERVICE

I do hereby certify that on the 7th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

And I hereby certify that I have mailed a copy of the forgoing via United States Mail properly addressed, postage prepaid first class to:

Jasmon Corde Johnson AIS#248192
Staton Correctional Facility
P. O. Box 56
Elmore, AL 36025

/s/ Neal P. Conner
NEAL P. CONNER (CONN2024)
ASSISTANT GENERAL COUNSEL