IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASMON CORDE JOHNSON, #248192, | ) <br> ) <br> ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-614-WKW <br> ) |
| JAMES DELOACH, et al., | ) <br> ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on August 7, 2007 (Court Doc. No. 13), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendants be GRANTED an extension to and including September 7, 2007 to file their special report and answer.

Done this 8th day of August, 2007.

      /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE