IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASMON CORDE JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-CV-00614 |
| STATE OF ALABAMA DEPARTMENT OF CORRECTIONS, et al. | ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW James DeLoach, Phyllis Billups, Lt. Steele, Officer Boozer, Officer Bradford, Officer Gholston as Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[XX]  These parties are individuals, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                             Relationship to Party

Not applicable

_____1-15-2008_____                       /s/ Neal P. Conner
Date                                          Counsel Signature
                                              Counsel for (print names of all parties)
                                              James DeLoach, Phyllis Billups, Lt. Steele,
                                              Officer Boozer, Officer Bradford, Officer
                                              Gholston

<u>301 South Ripley Street</u>
<u>Montgomery, Alabama  36130</u>

Address, City, State Zip Code

<u>334-353-3890</u>
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, Neal P. Conner, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid on this 15th day of January, 2008, to:

**Jasmon Corde Johnson**
AIS 248192
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025

<u>January 15, 2008</u>               <u>/s/ Neal P. Conner</u>
Date                                  Signature