January 31, 2008

Mr. Jasmon C. Johnson #248192
Limestone Corr. Fac.
28779 Nick Davis Rd.
Harvest, AL. 35749


Honorable Debra P. Hackett, Clerk
United States District Court
Middle Districyt of Alabama
U.S. Courthouse
15 Lee Street
P.O. Box 711
Montgomery, AL. 36104


RE:  Change of address
     Johnson v. DeLoach   CV-07-614


Dear Ms. Hackett:


I respectfully submit this letter to inform your office that I have a change of address.  Please forward all future correspondence to the above stated address.  Also, please forward a case action summary sheet.  Your assistance in the said matter is appreciated.

With kindest regards, I remain.



Sincerely Yours,

*Jasmon C. Johnson*
Jasmon C. Johnson



JCJ/file

MR. JASMON C. JOHNSON #248192
LIMESTONE CORR. FAC.
28779 NICK DAVIS RD.
HARVEST, AL. 35749

HUNTSVILLE / HVS
AL 358
01 FEB 2008 PM 1 L



HONORABLE DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
U.S. COURTHOUSE
15 LEE STREET
P.O. BOX 711
MONTGOMERY, AL. 36104

36101+0711