IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASMON CORDE JOHNSON, #248192, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-614-TFM |
| ) | [WO] |
| ) | |
| JAMES DELOACH, et al., ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM OPINION

In this 42 U.S.C. § 1983 action, Jasmon Corde Johnson ["Johnson"], a state inmate, challenges the constitutionality of actions taken against him during his incarceration at the Draper Correctional Facility. On February 25, 2010, the court entered a Memorandum Opinion and Order dismissing the majority of Johnson's claims for relief. The sole remaining claim is one of excessive force against defendants Michael Boozer, Robert Bradford and David Golson in their individual capacities.[1] On April 13, 2010, the undersigned conducted a non-jury trial on this issue. After considering all relevant evidence and finding the plaintiff had failed to meet his burden of proof, the court rendered oral judgment in favor of defendants Boozer, Bradford and Golson.

Accordingly, in accordance with the prior proceedings and orders issued in this case,

---

[1] Specifically, Johnson complains that on March 4, 2007 defendant Boozer utilized excessive force against him. He alleges defendants Bradford and Golson witnessed this use of force and failed to intervene.

the court concludes that judgment shall be GRANTED in favor of defendants Boozer, Bradford and Golson.

A separate order will accompany this memorandum opinion.

Done this 16th day of April, 2010.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE